**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2026/02/15 |
| Date Payable | 2026/02/20 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 84.00 | 3,458.61 |
| Longevity Pay | 0.00 | 145.28 |
| Fire Premium | 8.40 | 363.09 |
| **Gross Current Earnings** | | **3,966.98** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 308.19 | 2,285.04 |
| Medicare | 57.52 | 302.28 |
| PA State Tax | 121.79 | 639.99 |
| Philadelphia | 148.37 | 779.68 |
| PA Unemployment | 2.77 | 14.59 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 322.79 | 1,291.16 |
| Def Comp Flat | 100.00 | 400.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,966.98 | 20,846.75 |
| Net Earnings | 2,847.22 | 14,848.69 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Fire PAC | 2.00 | 8.00 |
| Pipe and Drum | 2.00 | 8.00 |
| Union Dues | 50.33 | 201.32 |
| Second Alarmers | 4.00 | 16.00 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 126.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 124.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 40.50 |
| Special Comp | 0.00 |
| Vacation | 8.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 1,291.16 | 50,983.22 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

CITY OF PHILADELPHIA

**Payslip**
**Earnings and Deductions**

Page  1

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2026/02/01 |
| Date Payable | 2026/02/06 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 84.00 | 3,458.61 |
| Longevity Pay | 0.00 | 145.28 |
| Fire Premium | 8.40 | 363.09 |
| Legal Aid | 0.00 | 26.00 |
| | | |
| Gross Current Earnings | | 3,992.98 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 311.31 | 1,976.85 |
| Medicare | 57.90 | 244.76 |
| PA State Tax | 122.58 | 518.20 |
| Philadelphia | 149.34 | 631.31 |
| PA Unemployment | 2.80 | 11.82 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 322.79 | 968.37 |
| Def Comp Flat | 100.00 | 300.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,992.98 | 16,879.77 |
| Net Earnings | 2,841.93 | 12,001.47 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Pipe and Drum | 2.00 | 6.00 |
| Union Dues | 50.33 | 150.99 |
| Second Alarmers | 4.00 | 12.00 |
| Union Fire PAC | 2.00 | 6.00 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| | |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 16.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 124.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 40.50 |
| Special Comp | 0.00 |
| Vacation | 8.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 968.37 | 50,660.43 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

CITY OF PHILADELPHIA

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2026/01/04 |
| Date Payable | 2026/01/09 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 84.00 | 3,458.61 |
| Longevity Pay | 0.00 | 145.28 |
| Fire Premium | 8.40 | 363.09 |
| Legal Aid | 0.00 | 26.00 |
| **Gross Current Earnings** | | **3,992.98** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 311.31 | 311.31 |
| Medicare | 57.90 | 57.90 |
| PA State Tax | 122.58 | 122.58 |
| Philadelphia | 149.34 | 149.34 |
| PA Unemployment | 2.80 | 2.80 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Exchange of | 12.00 | 494.09 |
| Retro Reg Salary | -24.00 | -988.17 |
| Retro Uncertified | 12.00 | 494.09 |
| **Gross Retro Earnings** | | **0.01** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 322.79 | 322.79 |
| Def Comp Flat | 100.00 | 100.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,992.99 | 3,992.99 |
| Net Earnings | 2,841.94 | 2,841.94 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Pipe and Drum | 2.00 | 2.00 |
| Union Dues | 50.33 | 50.33 |
| Second Alarmers | 4.00 | 4.00 |
| Union Fire PAC | 2.00 | 2.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 8.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 25.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 42.00 |
| Special Comp | 0.00 |
| Vacation | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 322.79 | 50,014.85 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**For questions about any of the entries or instructions shown contact your departments Payroll Supervisor or Human Resource Manager.**

**Retro Earning Details –** Name of the earnings type. For example, Time Entry Wages, Work from Home, Vacation etc.

**Original Entry Date –** The date of the original entry for the hour types or earnings being recorded. For example, if 2 hours are added for 10-May-2022 and the retro is processed for a pay-period sometime in June of 2022, this column will show 10-May-2022.

**PPE of Date Earned –** This is the pay-period end (PPE) date of the Original Entry Date. Using the example above, the Original Entry Date is 10-May-2022 and the pay-period end date is 15-May-2022. this column will show 15-May-2022.

**Hours –** These are the number of hours being brought over as a retro adjustment from prior pay-periods.
Note:
- If a rate change (salary increase or decrease) is being brought over as a retro adjustment, the **Hours** field is not applicable and will be blank.
- A negative value in this field indicates that the hours being taken back.

**Amount –** For each of the transaction types entered in the **Retro Earning Details** field, this is the amount being "paid to" or "recovered from" the employee because of a retro transaction that was entered.

| Retro Earning Details | Actual Date Earned | PPE Date Earned | Hours | Gross Amount |
|---|---|---|---|---|
| Retro Reg Salary | | 21-DEC-2025 | -24 | -988.17 |
| Retro Exchange of | 19-DEC-2025 | 21-DEC-2025 | 12 | 494.09 |
| Retro Uncertified | 20-DEC-2025 | 21-DEC-2025 | 12 | 494.09 |

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2026/01/18 |
| Date Payable | 2026/01/23 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 72.00 | 2,964.52 |
| Uncertified Sick | 12.00 | 494.09 |
| Longevity Pay | 0.00 | 145.28 |
| Fire Premium | 8.40 | 363.09 |
| Gross Current Earnings | | 3,966.98 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 308.19 | 619.50 |
| Medicare | 57.52 | 115.42 |
| PA State Tax | 121.79 | 244.37 |
| Philadelphia | 148.37 | 297.71 |
| PA Unemployment | 2.77 | 5.57 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 322.79 | 645.58 |
| Def Comp Flat | 100.00 | 200.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,966.98 | 7,959.97 |
| Net Earnings | 2,847.22 | 5,689.16 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Second Alarmers | 4.00 | 8.00 |
| Union Fire PAC | 2.00 | 4.00 |
| Pipe and Drum | 2.00 | 4.00 |
| Union Dues | 50.33 | 100.66 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 8.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 124.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 40.50 |
| Special Comp | 0.00 |
| Vacation | 8.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 645.58 | 50,337.64 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

**Payslip**

**Earnings and Deductions**

CITY OF PHILADELPHIA

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2026/01/18 |
| Date Payable | 2026/01/30 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 172.11 |
| S_Fire Holiday | 110.00 | 4,754.71 |
| | | |
| **Gross Current Earnings** | | **4,926.82** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,046.04 | 1,665.54 |
| Medicare | 71.44 | 186.86 |
| PA State Tax | 151.25 | 395.62 |
| Philadelphia | 184.26 | 481.97 |
| PA Unemployment | 3.45 | 9.02 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 0.00 | 645.58 |
| Def Comp Flat | 0.00 | 200.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 4,926.82 | 12,886.79 |
| Net Earnings | 3,470.38 | 9,159.54 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Pipe and Drum | 0.00 | 4.00 |
| Union Dues | 0.00 | 100.66 |
| Second Alarmers | 0.00 | 8.00 |
| Union Fire PAC | 0.00 | 4.00 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 8.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 124.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 40.50 |
| Special Comp | 0.00 |
| Vacation | 8.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 645.58 | 50,337.64 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

CITY OF PHILADELPHIA

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2025/12/07 |
| Date Payable | 2025/12/12 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 60.00 | 2,470.43 |
| Exchange of Tours | 24.00 | 988.18 |
| Longevity Pay | 0.00 | 145.28 |
| Fire Premium | 8.40 | 363.09 |
| Legal Aid | 0.00 | 26.00 |
| Gross Current Earnings | | 3,992.98 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 311.31 | 9,767.27 |
| Medicare | 57.90 | 1,637.19 |
| PA State Tax | 122.58 | 3,466.31 |
| Philadelphia | 149.34 | 4,228.76 |
| PA Unemployment | 2.80 | 79.04 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Exchange of | 12.00 | 494.09 |
| Retro Reg Salary | -12.00 | -494.09 |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 322.79 | 8,019.79 |
| Def Comp Flat | 100.00 | 2,500.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,992.98 | 112,909.74 |
| Net Earnings | 2,841.93 | 81,441.13 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Second Alarmers | 4.00 | 100.00 |
| Union Fire PAC | 2.00 | 50.00 |
| Pipe and Drum | 2.00 | 50.00 |
| Union Dues | 50.33 | 1,258.25 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 101.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 110.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 43.50 |
| Special Comp | 0.00 |
| Vacation | -8.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 8,019.79 | 49,367.17 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

For questions about any of the entries or instructions shown contact your departments Payroll Supervisor or Human Resource Manager.

**Retro Earning Details** – Name of the earnings type. For example, Time Entry Wages, Work from Home, Vacation etc.

**Original Entry Date** – The date of the original entry for the hour types or earnings being recorded. For example, if 2 hours are added for 10-May-2022 and the retro is processed for a pay-period sometime in June of 2022, this column will show 10-May-2022.

**PPE of Date Earned** – This is the pay-period end (PPE) date of the Original Entry Date. Using the example above, the Original Entry Date is 10-May-2022 and the pay-period end date is 15-May-2022. this column will show 15-May-2022.

**Hours** – These are the number of hours being brought over as a retro adjustment from prior pay-periods.
Note:
- If a rate change (salary increase or decrease) is being brought over as a retro adjustment, the **Hours** field is not applicable and will be blank.
- A negative value in this field indicates that the hours being taken back.

**Amount** – For each of the transaction types entered in the **Retro Earning Details** field, this is the amount being "paid to" or "recovered from" the employee because of a retro transaction that was entered.

| Retro Earning Details | Actual Date Earned | PPE Date Earned | Hours | Gross Amount |
|---|---|---|---|---|
| Retro Reg Salary | | 23-NOV-2025 | -12 | -494.09 |
| Retro Exchange of | 18-NOV-2025 | 23-NOV-2025 | 12 | 494.09 |

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Colleen Murray
1235 Daly St
Philadelphia, PA 19148
US

| | |
|---|---|
| Employee Number | 293344 |
| Department | PFD Fire |
| Location | Fire Engine 49 |
| Payperiod Ending | 2025/12/21 |
| Date Payable | 2025/12/26 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Regular | 60.00 | 2,470.43 |
| Exchange of Tours | 24.00 | 988.18 |
| Longevity Pay | 0.00 | 145.28 |
| Fire Premium | 8.40 | 363.09 |
| **Gross Current Earnings** | | **3,966.98** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 310.90 | 10,078.17 |
| Medicare | 57.88 | 1,695.07 |
| PA State Tax | 122.55 | 3,588.86 |
| Philadelphia | 149.29 | 4,378.05 |
| PA Unemployment | 2.79 | 81.83 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Exchange of | 12.00 | 494.09 |
| Retro Fire MUPD | 12.00 | 24.71 |
| Retro Reg Salary | -12.00 | -494.08 |
| **Gross Retro Earnings** | | **24.72** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan A6 | 324.89 | 8,344.68 |
| Def Comp Flat | 100.00 | 2,600.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,991.70 | 116,901.44 |
| Net Earnings | 2,865.07 | 84,306.20 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 50.33 | 1,308.58 |
| Union Fire PAC | 2.00 | 52.00 |
| Pipe and Drum | 2.00 | 52.00 |
| Second Alarmers | 4.00 | 104.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | -1,302.50 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Fire Fighters Holiday | 101.00 |
| FMLA | 0.00 |
| Holiday Yearly Entitlement | 110.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Post Fire Fighters Holiday | 0.00 |
| Sick | 54.00 |
| Special Comp | 0.00 |
| Vacation | 0.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan A | 8,344.68 | 49,692.06 |

| OT/Comp Earnings | Date | Location | Hours |
|---|---|---|---|

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**For questions about any of the entries or instructions shown contact your departments Payroll Supervisor or Human Resource Manager.**

**Retro Earning Details** – Name of the earnings type. For example, Time Entry Wages, Work from Home, Vacation etc.

**Original Entry Date** – The date of the original entry for the hour types or earnings being recorded. For example, if 2 hours are added for 10-May-2022 and the retro is processed for a pay-period sometime in June of 2022, this column will show 10-May-2022.

**PPE of Date Earned** – This is the pay-period end (PPE) date of the Original Entry Date. Using the example above, the Original Entry Date is 10-May-2022 and the pay-period end date is 15-May-2022. this column will show 15-May-2022.

**Hours** – These are the number of hours being brought over as a retro adjustment from prior pay-periods.
   Note:
   - If a rate change (salary increase or decrease) is being brought over as a retro adjustment, the **Hours** field is not applicable and will be blank.
   - A negative value in this field indicates that the hours being taken back.

**Amount** – For each of the transaction types entered in the **Retro Earning Details** field, this is the amount being "paid to" or "recovered from" the employee because of a retro transaction that was entered.

| Retro Earning Details | Actual Date Earned | PPE Date Earned | Hours | Gross Amount |
|---|---|---|---|---|
| Retro Reg Salary | | 07-DEC-2025 | -12 | -494.08 |
| Retro Exchange of | 04-DEC-2025 | 07-DEC-2025 | 12 | 494.09 |
| Retro Fire MUPD | 03-DEC-2025 | 07-DEC-2025 | 12 | 24.71 |